No. 02–538. KENDALL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5058. MENDOZA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5185. MARTIN v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5334. MADLEY v. UNITED STATES PAROLE COMMIS-SION. C. A. D. C. Cir. Certiorari denied.

No. 02–5538. VISCIOTTI v. WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5548. GUAGLIARDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5701. TIMMONS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–6003. RIVERS v. AVIS CONSTRUCTION CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6015. QADIR v. COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–6016. STEWART v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 02–6018. RANDOLPH v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–6020. ROBINSON v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–6022. PEREZ v. PENNSYLVANIA. Super. Ct. Pa. Cer-tiorari denied.

No. 02–6024. BELTRAN v. SMITH, WARDEN. C. A. 9th Cir. Certiorari denied.